IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN F. WRIGHT, JR,

    Petitioner,

  v.                                                  Case No. 17-cv-589-wmc

MICHAEL MEISNER,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing this case.

/s/ Peter Oppeneer, Clerk of Court        09/19/2019